LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 14 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00011 |
|---|---|
| Plaintiff, | |
| vs. | **COMPLAINT** |
| | **ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE** |
| OVITA ANTOINETTE CRUZ, | [21 U.S.C. § 841(a)(1) and 846] |
| Defendant. | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On about August 11, 2006, in the District of Guam, the defendant, OVITA ANTOINETTE CRUZ, did unlawfully and knowingly attempt to possess with intent to distribute approximately 38 grams, gross weight, of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

COMPLAINANT FURTHER STATES:

I, KEN BOWMAN, being a Special Agent with the U.S. Drug Enforcement Administration (DEA) and acting in my official capacity, set forth the following facts:

1. I have been a Special Agent with DEA since August, 2000. I had been assigned from

**ORIGINAL**

Case 1:06-mj-00011    Document 1    Filed 08/14/2006    Page 1 of 4

January 2001 to July 2003 to the Mobile Enforcement Team (MET) at the DEA Miami Field Division. From July 2003 to May 2006, I was assigned to the High Intensity Drug Trafficking Area (HIDTA) Group 41 Enforcement Group at the DEA Miami Field Division. In May 2006, I was assigned to the DEA Guam Resident Office (GRO).

2. During the course of my employment with DEA, I have completed an intensive twelve-week training course consisting of drug identification and recognizing methods and procedures used by drug organizations to import and distribute narcotics. Additionally, I have participated in dozens of arrests while being employed with DEA which pertained to the distribution of controlled substances. I have also debriefed and directed informants in gathering narcotics intelligence. While being employed as a Special Agent with the DEA, I have served in an undercover capacity on numerous occasions and have purchased narcotics from traffickers on numerous occasions. I have been personally assigned to the investigation of narcotics violations as both a case agent and surveillance agent. I am familiar with many of the methods and techniques used by smugglers to transport illegal substances. The information contained in this affidavit is based on information and written reports of law enforcement officers in the course of their official duties.

3. On August 9, 2006, Agents from from the Guam Customs and Quarantine Agency (GCQA) Drug Detector Dog Unit conducted "Mail Interdiction Operations" at the Guam Main Facility, Barrigada, Guam. As part of this operation, several Express and Priority Mail Parcels/Envelopes were presented for a Drug Detector Dog sniff. During examination of the parcels/envelopes, Drug Detector Dog "Hooch" alerted to one (1) each Express Mail Evelope. The Express mail Envelope was further identified as:

Express Mail # CD20636965KUS
Agreement # 999969920

From:   Victor Cruz
        311 Zenith St#3
        Chula Vista 91911

To:     Vincent Cruz
        415 CHN. San Antonio Rd.
        P.M.B. 400 F
        Tamuning, Guam 96913

The suspect envelope is further identified measuring approximately 12 ½" x 9½". There is a postage meter strip attached to the suspect envelope containing the following information:

US Postage Paid
Chula Vista, Ca
91910
Aug. 07. 06
Amount
$11.30
00036636-28

DD Hooch alerted by pawing and/or biting on the suspected express mail envelope.

 4. On August 10, 2006, GCQ officers obtained a federal search warrant for the envelope, which was found to contain five (5) plastic bags holding approximately 38 grams, gross weight, of white crystalline-like material. A field test of the substance was later conducted, and produced a positive indication for the presence of methamphetamine.

 5. On August 11, 2006, law enforcement personnel conducted a controlled delivery of the envelope to the "to" address contained on the envelope, a P.O. Box at the PostNet mail facility located in Tamuning, Guam. At approximately 4:00 p.m., a female subject later

3

identified as OVITA ANTOINETTE CRUZ, arrived at the PostNet, and retrieved the envelope from box number 400F. CRUZ was subsequently arrested in possession of the envelope.

6. CRUZ was advised of her constitutional rights which she waived and stated that she was aware that the package contained methamphetamine and that this was the fourth package she had received from California since May of 2006. CRUZ added that she had assisted her boyfriend (identified as Gregory Tenorio) in wiring money to an individual identified as Manuel Marquez, located in San Diego, California, on all four occasions. CRUZ further stated that Marquez was responsible for sending the methamphetamine to Guam which she and Tenorio distributed to other individuals. Additionally, a subsequent search of CRUZ personal belongings contained in her purse revealed documents reflecting three money transfers from Guam to San Diego, California, in the name of Gregory Tenorio.

7. Based on the foregoing, I have probable cause to believe that OVITA ANTOINETTE CRUZ has committed the offense of attempted possession of methamphetamine hydrochloride with intent to distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

KENNETH LEON BOWMAN
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED TO before me on this __14th__ day of August, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

4