# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment _____ Docket Number **06 - 00011**

Same Defendant __X__   New Defendant _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name: Ovita Antoinette Cruz

Allisas Name: _____

Address: _____

RECEIVED AUG 1 4 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

Birth date: XX/XX/1958   SS# _____   Sex: F   Race: PI   Nationality: U.S.

**U.S. Attorney Information:**

AUSA: Frederick A. Black

**Interpreter:** _X_ No ___ Yes   List language and/or dialect: N/A

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 846 | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 8/14/06   Signature of AUSA: [signature] for Fred Black

ORIGINAL