

FILED
DISTRICT COURT OF GUAM
AUG 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>OVITA ANTOINETTE CRUZ,<br><br>Defendant. | MAGISTRATE CASE NO. 06-00011<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant in the above-entitled case.

Dated this 14th day of August, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL