1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

AUG 15 2006

MARY L.M. MORAN
CLERK OF COURT

7
8              **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE DISTRICT OF GUAM**

                   *MAGISTRATE*

10  UNITED STATES OF AMERICA,        )   ~~CRIMINAL~~ CASE NO. 06-00011
                                     )
11                      Plaintiff,   )
                                     )   **UNITED STATES' APPLICATION**
12              vs.                  )   **TO UNSEAL RECORD**
                                     )
13  OVITA A. CRUZ,                   )
                                     )
14                      Defendant.   )
                                     )
15  _____ )

16         COMES NOW the United States and moves this Honorable Court for an Order unsealing

17  the record in the above-captioned matter, for the reason that the investigation in this case is now

18  complete and there is no further reason for these proceedings to remain silent.

19         Respectfully submitted this 15TH day of August, 2006.

20                                      LEONARDO M. RAPADAS
                                        United States Attorney
21                                      Districts of Guam and NMI

22
                                By:
23                                      ROSETTA L. SAN NICOLAS
                                        Assistant U.S. Attorney
24
25
26
27
28