LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00011 |
| Plaintiff, | **ORDER** |
| vs. | **Re: Application to Unseal the Record** |
| OVITA ANTOINETTE CRUZ, | |
| Defendant. | |

This matter having come before the Court based on the United States' Application to Unseal the Record in the above-captioned matter; and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the record be unsealed.

DATE: August 16, 2006

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**