PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**    [ ] **Notice of Disposition**

**FILED**
**DISTRICT COURT OF GUAM**
**AUG 2 2 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

Date: August 14, 2006
By: Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

Date:
By:

| | | | |
|---|---|---|---|
| Defendant: | CRUZ, Ovita Antoinette | Case Number: | USDC MJ Cs. No. 06-00011-001 |
| Date of Birth: | XX-XX-1958 | Place of Birth: | Agana Heights, Guam - USA |
| SSN: | XXX-XX-1726 | | |

**NOTICE OF COURT ORDER** (Order Date: August 14, 2006 )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
　　□ Not Convicted - Document returned to defendant.
　　□ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
　　□ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative

**ORIGINAL**