UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>OVITA ANTOINETTE CRUZ,<br>Defendant. | MAGISTRATE CASE NO. 06-00011-001<br><br>INFORMATIONAL REPORT |

**Re: Informational Report; No Action Requested**

On August 14, 2006, Ovita Antoinette Cruz made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., pursuant to a Complaint charging her with Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) & 846.

On the same date, she was released on a personal recognizance bond with conditions that she report to the U.S. Probation Office and Drug Enforcement Administration as directed; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; remain at a fixed address and not change residence without prior permission of the Court and the U.S. Probation Office; avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release; report as soon as possible any contact with law enforcement; not leave Guam without approval of the Court; and not go near any ports of entry or exit.

She is alleged to have violated the following condition of release:

ORIGINAL

INFORMATIONAL REPORT
Informational Report; No Action Requested
Re: CRUZ, Ovita Antoinette
USDC MJ Cs. No. 06-00011-001
September 6, 2006
Page 2

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On August 15, 2006, Ms. Cruz submitted to urinalysis which tested presumptive positive for methamphetamine at the drug testing vendor. The sample was sent to Scientific Testing Laboratories, Incorporated because she denied use of illicit substances. On August 25, 2006, this Officer received the laboratory report which indicated a positive result for methamphetamine. On August 28, 2006, this Officer met with Ms. Cruz who executed an admission form, admitting to using "ice" (intravenously) on August 11, 2006. She stated that the last time she "used ice" was the day of her arrest (August 11, 2006). Ms. Cruz maintains that she will not use illicit substances anymore.

**Recommendation:** It is recommended that this report be for informational purposes only and no action be taken at this time. Ms. Cruz has been warned of the consequences of further violations. Her compliance will continue to be closely monitored. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Rosetta L. San Nicolas, AUSA
　　Richard P. Arens, Defense Counsel
　　File